WALTER W. IRWIN, Respondent, v. HARVEY H. HEVENOR, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that sufficient facts are not shown to warrant an examination for the purpose of framing a complaint. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY, Appellant, v. SIDNEY HILLMAN, as President of AMALGAMATED CLOTHING WORKERS OF AMERICA, and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of JOHN W. GOODRIDGE, Respondent, for a Peremptory Writ of Mandamus, against JOHN H. DELANEY, as Transit Construction Commissioner, Appellant.— Order modified by striking therefrom subdivisions "f" and "i" and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MALCOLM S. McN. WATTS, Appellant, v. EVAN V. QUINN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. MORTIMER H. REISS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY A. HARRIS and Another, Copartners, Respondents, v. ALEXANDER PROPPER and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith Page and Greenbaum, JJ.

NESTLE'S FOOD COMPANY, INC., Respondent, v. FEDERAL LINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH SPECTOR, Respondent, v. THE NATIONAL SAFE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting.

In the Matter of the Application of ESTELLE J. BECKETT and Others, as Executors, etc., of CHARLES H. BECKETT, Deceased, Appellants, to Fix and Determine His Fees as Attorney and to Enforce a Lien Therefor upon the Interests and Claims of GIFFORD PINCHOT and Others, Respondents, in the Estate of AMOS F. ENO, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRIETTA GOLDFEIN and Another, Appellants, v. ISAAC MENDELSON and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of CHARLES E. NAUSS, as Coexecutor,